William Kent support ... interests, quirks, and questions in terms of communication and overall conduct of the witness. The victim had to file a trial, and her mother, for four hours, fought twice to secure her to the police station. She testified, and she was told by her that her mother had fought for her. She could not find a way to go right after all the police stations, and she was sure that her mother had fought for her. She was sure that her mother was in the police department, and her mother had served in the military for six years. She was told by her mother about the police station, and her mother that she fought against her for six years. While she was in the police department, she filed a court order for eviction, and her mother's innocence was recovered. Her parents' disability and her mother's and her mother's innocence was recovered. In terms of human rights, there's a whole section in the House of State that states the protection, and also, this is from a trial. This is similar to the other case where the score is hard, versus the case where the person who's trying to buy a building is a human rights activist, who wants to be a daughter, and the daughter is a person who wants to go to the human rights organizations. In this case, the score found, despite an admission that there was a reasonable probability that it would result in an eviction, the person in charge had been present to corroborate the pictures that you all have seen on the Western Curve. And that's why it's very similar. In this case, this is after a declared eviction, and there was no molestation. She's contradicting your own findings. Has it changed? She is, Your Honor. And so, she's... She's trying to evict a lot of people. She's trying to evict a lot of people. She's... The audience, which is something that is hard to record, but it's hard to even test for substance. She's contradicting your findings, and it's... It's hard to understand. Does the lawyer be... Was it his vice to decide to change anything that had been called for this? I think he's obviously evicting people. No, it's the... Your Honor, there's a number of reasons for that. One, for example, is the prosecutor's license. The victim, she also has the excuse of eviction in her sworn testimony. For example, in the preliminary hearing, she said that her son, her own client, never evicted her. But in the trial, she said she never evicted him. And the jury's going to vote for successful counts or a case that she consists of eviction, but it just is much too far to evict her as well. So, in this sort of case, I would say two, the overall execution of her number of evictions, each from the prosecutor's list, because it's absolutely a downright risk to call it. Your Honor, and from those two jurors, because if there were any exceptions, it's the exception that the defense is overseeing, there's no reason for morale to know that there have not been any exceptions for all states, and especially for the communities that occurred with evictions out of town in Mexico. So, the subject matter of the trial was more clearly that during the meeting, the victim should receive the assistance of their own attorney. So, no reasonable defense attorney would be expected to have your  Your Honor, in this particular situation, it would be inclined to call the only attorney that was seen regularly at the home. If you want to testify, you would request to receive the help of the victims from the community that you see. The subject matter of the first verse of the case says, There will be no eviction. There will be reasons why the jury did not call. Neither does the number of We don't have a record, Your Honor, of evictions or evictions in my brain. So, the possibility that the judiciary hearing the next case or first grade, and then the case verse continues. There was no statement from the trial counsel that required me to support a fine. There was an exception in the error, in other words, a reasonable defense attorney who made an allegation strictly in favor of the state attorney. Your Honor, under hearing 10-1, there is a distinction, such as this one, where there is no reasoning in the state's courts. Last decision, this court must look to what the purpose of the case are in terms of jurors that could have supported the decision. Well, I submission there was, and it's because of these various characters, the trial counsel, the nature of the case. Your Honor, under these circumstances, it was reasonable to adopt that the nature of the case has to be defined. Also, Mr. Shapiro's testimony and Claudia King's, they each       of the case, there is a reasonable defense attorney that could have supported the decision. Your Honor, under these So, I think that's the case, what is the plaintiff's conviction. He could have, if it's your word, it's not a molestation fault or penetration failure, it's a stigma fault, it falls for masturbating and sex mating. So, your Honor, you just defined, you just discussed the situation, you brought up staff honor, you brought up some folks, including a few ex-colleagues of the institution, to start with that case and ask yourself, what did the institution have to offer? It might have been a commission, a commission of a concoction, and that is what his best hope of work was to hope that the technical argument on whether there was great body HP worked on the situation of Dr. Newman's case, there's great body HP, which is a pioneer sex and game system, and that is based on argument over whether the particular HP's sex or body that a particular person is on a range of different other sexes was engaged. So, we're going to ask that you just express a little bit of your opinion, just to put your own opinion outside of your own opinion. What we've done so far is that we've introduced strategies to attorney numbers, and one of the things that we've stressed is not the enforcement of having jury themselves. Let's say, for example, RGS has a great body HP, RGS, or having jury to help the victims get the doubt on certain allegations that they've been made earlier, or the molestation charges that have been obtained. That's not really because the victim's testimony has to tie in with the way that the jury's testimony is handled by the jurors before the jurors come out. Whereas, a little bit of opinion isn't really what's happening. So, it's also because the jury test host seems to be slightly independent, and then doesn't believe that the test host is independent and faces more convictions and more time. John, 21, here's to that. Well, back on more time theory, but that's the next post-analysis, which, under Bill's research, seems to be a proper thing to do. Well, it's possible to put yourself into a test host's shoes if it goes to strong convictions, which is why you need to keep it secret. I believe there was a question. Was that ever examined by the state court or by the police for a good amount of time? It was part of the investigation, so we were very specific about going into a test host. I suppose, speaking of the charges, people seem to be interested in it, so, in the interest of that question, was it ever examined? I'm not sure if it was ever examined, but the answer is I'm not sure. I'm afraid it's a mystery, which I don't think there's a lot of evidence in the jury's report that is secure that it's a serious charge. It certainly would be serious charge. It would be one that would, well, would place the state's intermediary in a context that they're considering as behavior, I think. Your Honor, it does not, I don't see that it's a serious charge. And the additional allegations, so, you know, the additional allegations may be serious, but the court of arrests before I believe last year, this year, they were secure at all charges. The defense attorney was to be assigned to a structural student, all of which would be disallowed, as is the case in this particular case. And, um, it does not, um, the defense attorney for the record did not so intend to stand to seek a court decision. I'm going to go back to my point about the jurors' inquiry, because it should have just been the defense attorney's charge, and the defendant's own testimony. It's clear that the defense attorney did not intend to make a judicial decision about her case, so they went to the court, and they simply did not engage in the investigation. And the judge said, yes, the defense investigator could be called as an additional witness to the trial, but as long as there is no warrant required to reach the defense investigator, he is not liable. As I said, there are three different ways to talk to trial lawyers. You can go to trial lawyers, which is where each witness, the investigator, and the self-intended witness will cast their opinions. Then, the defense counsel does a post-interval test, where she can offer a choice of parole or a release when it's time for such a release or release. In the case of the standard case, as I listed, it's a personal situation. This is not a case that just is swiped right or wrong. He is the only witness to the last three, which is the series of these all-exceptions. And he really has limited record as a particular witness to the victims, and those who have survived, and anything at all that has happened since. And when you say anything at all, it's just a request. It's just a request. It wasn't just a statement. It's something he has to do. He has to do things in order to see that he came in by hand, or his father, or his dad, or his mother, as it were, and that he has a record. So he can explain things, and he can just learn. And it seems to me that he knows exactly what to call him, or who to call him. He is a an anthropologist, all of the stuff that she says is all possible for us. He walked in, and we see why he refused to come, and he walked out. Personally, that seems to me that we could be able to put  The organization seems to be the same for me. When you tell her, say, look into the house, and see what's inside. Supposing that you're a well-educated person, and you do not remember what you were taught, but you do remember that you know, at this point, you wouldn't have a reason to believe that that was taught to you. So it's a minor, tiny instance of such a thing. Certainly, you would expect how much of that she would be willing to take. I think the only thing she's going to be willing to take is trying to understand what it is that she's saying. She said that the more she's able to read, the more she's going to be willing to describe the fact that the more she's able to receive this vast information about the past, that even though her mother lost it at some point, she's looking at it every single time and she says, why are you trying to stop me? And she says, she doesn't see anything in it. And this person is telling you that that's not what it's saying. If all you're saying is that I submitted to you, that's for her, that you submitted to me because you saw the questions on the other slides. It's just not what it's saying. It's not what it's saying. It's not what it's saying. I know your point exactly, but I don't think it's an answer. If I'm being honest, I think that as a stopgap is to simplify it to what happened two years ago. I'm not sure that you would be able to do that, because I just need to go through and filter down what's a very common situation for your representative and what what's a very motion forward to be supported by the consensus in the government. That's a very strong statement. I don't know what you would suggest, but I'm just going to say it. I don't think that that is in any case in my other efforts over the last 30 years that it's been difficult because it's been caught with the Trumps, et cetera, that every one or two or three Trumps are allowed to succeed because he's admitted all his issues. The best possible solution would be to not have these people on because I think this would be their best chance at talking about critical questions. I have one more question for you. You mentioned that there's a saying of the name of your brief, and I would like to know whether or not you do that. I don't recall. I apologize for that. I don't recall I don't recall which party mentioned that there's a saying of the name. I don't think that there's a saying in Washington that mentions the name of the brief, which is a decision that I've not heard anybody talk about in the past. I don't know if there's a saying in Washington. I don't know if that's as far as you're familiar with. I don't know if you're familiar with it. I'm not sure I don't know I don't know I don't know Um Is And Um It's Um Is Is Is Is  Is Is
judges: Tashima, W. Fletcher, Gettleman